IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TAVARIS JAMAR MEANS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:15-CV-2231-L** |
| § | |
| **DALLAS COUNTY JAIL**, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

This case was referred for screening to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on July 28, 2015, recommending that the action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Report indicates that a notice of deficiency was mailed to Plaintiff on July 8, 2015, because he failed to pay the filing fee or file a motion to proceed *in forma pauperis*, and the notice was returned as undeliverable. Plaintiff has since complied with the notice of deficiency. On the same date that the Report was entered, Plaintiff filed an Amended Complaint and a motion to proceed *in forma pauperis*. The court therefore **rejects as moot** the magistrate judge's recommendation that this action be dismissed without prejudice under Rule 41(b), and **recommits** the case to the magistrate judge for further proceedings.

**It is so ordered** this 29th day of July, 2015.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**